**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

MICHAEL JEFFREY MOCK,

Plaintiff,

v.                                                                      CAUSE NO. 1:26-CV-104-TLS-APR

HILLARY GASKILL, et al.,

Defendants.

OPINION AND ORDER

Michael Jeffrey Mock, a prisoner without a lawyer, filed a complaint and seeks leave to proceed in forma pauperis. ECF 1 and 2. A prisoner may not bring a civil action in forma pauperis if he "has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it [was] frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). This is commonly known as the "three strikes" provision. Mock has three strikes:

1. *Mock v. Hicks*, 1:19-cv-517 (N.D. Ind. filed December 9, 2019), dismissed under 28 U.S.C. § 1915A for failure to state a claim on December 16, 2019;

2. *Mock v. Sprunger*, 1:24-cv-327 (N.D. Ind. filed August 5, 2024), dismissed under 28 U.S.C. § 1915A for failure to state a claim on August 19, 2024; and

3. *Mock v. Griner*, 1:24-cv-272 (N.D. Ind. filed July 9, 2024), dismissed under 28 U.S.C. § 1915A for failure to state a claim on November 20, 2025.

An inmate who has struck out "can use the partial prepayment option in §1915(b) only if in the future he 'is under imminent danger of serious physical injury.'" *Abdul-Wadood v. Nathan*, 91 F.3d 1023, 1025 (7th Cir. 1996) (quoting 28 U.S.C. § 1915(g)). To meet the imminent danger standard, the threat complained of must be real and proximate. *Ciarpaglini v.*

*Saini*, 352 F.3d 328, 330 (7th Cir. 2003). Only "genuine emergencies" qualify as a basis for circumventing § 1915(g). *Lewis v. Sullivan*, 279 F.3d 526, 531 (7th Cir. 2002).

Here, Mock is seeking monetary damages for past events that occurred in January and February 2026. This complaint does not plausibly allege that he is in imminent danger of serious physical injury related to those claims.

For these reasons, the court:

(1) DENIES Michael Jeffrey Mock leave to proceed in forma pauperis (ECF 2);

(2) GRANTS Michael Jeffrey Mock until **April 3, 2026**, to pay the $405 filing fee; and

(3) CAUTIONS Michael Jeffrey Mock if he does not respond by the deadline, this case will be dismissed without further notice.

SO ORDERED on March 6, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT

2